346

Argued May 16, affirmed May 16, 1972

STATE OF OREGON, *Respondent, v.* ROBERT
EMMIT MILLER (No. C-71-06-1839), *Appellant.*

496 P2d 929

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and
FORT, Judges.